**Record of Conference and Orders:** Vera M. Scanlon, USMJ   Date: 8/12/2015

Case: Bank v Lifewatch

Civ. A. 15-2278 JG (VMS)

**ECF Recording in 504N:**   ☑ Telephone Conference   ☑ In-person Conference

10:25 – 11:08

**Counsel:** (See separately docket entry or document for specific appearances)

☑ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☑ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**

☑ Initial Conference  ☐ Status Conference  ☐ Settlement Conference  ☐ Motion Hearing  ☐ Discovery Conference
Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
(If dates previously set by the Court are not reset, they remain as stated in the previous order.)

☑ Motions decided on the record — The oral motion for discovery bifurcation is denied.

☑ Rule 26(a) disclosures, incl. supplements — 8/26/15 and TT tapes of recordings
☑ Document requests to be served — 9/4/15
☑ Interrogatories to be served — 9/14/15
☐ Amended pleadings, incl. joinder — ☐ To be served   ☐ To be filed   10/16/15
   ☑ Complaint ☐ Answer — ☐ On consent ☐ By motion ☑ By PMC letter
☐ Joint status letter to be filed

☑ **Status conference** — Date: 11/17/15  Time: 4:30 pm
   ☐ In person ☑ Telephone (718) 613-2300   To be organized by: TT

☐ Specific depositions to be held
☐ Fact discovery closes — 4/18/16 * including class discovery / 3rd party subpoenas
☐ Expert disclosures to be served ⎫
☐ Initial expert report(s) to be served ⎬ to be set at a later date.
☐ Rebuttal expert report(s) to be served ⎭
☐ Expert discovery closes
☐ All discovery closes
☐ **Joint letter confirming discovery is concluded**
☐ Summary judgment to be initiated — ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed — ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed — 8/26/15
☐ Consent to Magistrate Judge to be filed

☐ **Settlement Conference**   Date:   Time:

Page 1 of 1

1) * Class certification to be approx. 30 days after close of discovery. 2) The parties are to discuss ESI and submit a plan by 9/11/15.