**Record of Conference and Orders: Vera M. Scanlon, USMJ**  Date: 11/17/2015

Case: Bank v. Litewatchfre.

Civ. A. 15-2278 (JG)(VMS)

ECF Recording in 504N:   ☒ Telephone Conference   ☐ In-person Conference

5:24 – 5:45

**Counsel:** *(See separately docket entry or document for specific appearances)*

☒ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☒ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference  ☐ Status Conference  ☐ Settlement Conference  ☒ Motion Hearing  ☐ Discovery Conference  ☐ JPTO Conference  ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☒ Motions decided on the record —— [21] is denied for the reasons stated on the record.

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder    ☐ To be served   ☐ To be filed
  ☐ Complaint  ☐ Answer            ☐ On consent  ☐ By motion  ☐ By PMC letter

☒ Joint status letter  ☐ Stip of dismissal to be filed   11/24/15  Confirming Baker deposition
☐ Status conference                    Date:       Time:
  ☐ In person  ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated     ☐ PMC letter  ☐ Briefing

☐ Joint pre-trial order to be filed    ☐ Letter for conference  ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference                Date:       Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Bach v. Lifewatch Inc.   Civ. A. 15-2278

Date: 11/17/2015

**Additional Orders:**

Π seeks documents beyond the control of Δ, including 3rd parties with whom the Δs do business and who may have made the subject calls.

The broad question of robocalls to numbers other than Π are overbroad, and Δ need not supplement their responses.

Counsel will have a telephone meet and confer at 11:15 on 11/19/15.

Page 2 of 2