Record of Conference and Orders: Vera M. Scanlon, USMJ   Date: 1/12/2016

Case: Bank v L. few atch

Civ. A. 15 - 2278 ___JG___(VMS)

ECF Recording in 504N:   ☐ Telephone Conference   ☐ In-person Conference

11:17 - 11:19

**Counsel:** *(See separately docket entry or document for specific appearances)*

☒ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☒ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference  ☒ Status Conference  ☐ Settlement Conference  ☐ Motion Hearing  ☐ Discovery Conference  ☐
☐ JPTO Conference   ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder          ☐ To be served      ☐ To be filed
       ☐ Complaint ☐ Answer                  ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☒ Status conference /motion/    Date: 1/22/16   Time: 11:00
       ☐ In person ☒ Telephone (718) 613-2300   To be organized by: π

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated    ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed   ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference    Date:           Time:

Page 1 of 1

1/15/16 conference adjourned on consent