<u>Record of Conference and Orders: Vera M. Scanlon, USMJ</u>        Date: <u>2/9/2016</u>

Case: <u>Bank v. Lifewatch, et al.</u>

Civ. A. 15 CV 2278 (JG)(VMS)   / 15-CV-5708 / 15 CV 5928

<u>ECF Recording in 504N:</u>   ☑ Telephone Conference        ☐ In-person Conference

4:09 - 4:35

<u>Counsel:</u> *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

<u>Conference Type:</u>

☐ Initial Conference ☑ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

<u>Further to the conference, discovery and other scheduling dates are as follows:</u>
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder          ☐ To be served      ☐ To be filed

   ☐ Complaint ☐ Answer                 ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☑ Status conference                          Date: 5/19/16 Time: 3:30 p.m.

   ☐ In person ☑ Telephone (718) 613-2300   To be organized by:

☑ Specific depositions to be held            3/9/16 for TT

☑ Fact discovery closes                      6/9/16

☑ Expert disclosures to be served            6/9/16

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated           ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed          ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference                      Date:            Time:

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: _Bank v. Lifewatch_   Civ. A. _15. 2278_

Date: _2/9_/2016

**Additional Orders:**

15cv 2278 π represented on the record that he is the π and that he does not intend to request leave to be class counsel

15cv5708
15cv6928

Atty Primes indicated that he and his client just recently Received notice of these 2 suits. They may wish to move to dismiss for lack of service. They may wish to confer w/ π to determine if these actions should be consolidated etc. As to the default judgment motions, Δ to oppose by 3/2/16, π to reply by 3/11/16. By letter by 3/2/16, D Counsel to inform the Court as to substantive approach (eg PMC, Answer, etc.).

Page _2_ of _2_