UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
TODD C. BANK,

        Plaintiff,

  -against-

LIFEWATCH, INC., LIFEWATCH
SECURITY, INC., each doing business as
LIFEWATCH-USA, and SAFE HOME
SECURITY, INC. and EVAN SIRLIN,

        Defendants.
----------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
15-CV-2278 (CBA) (VMS)

**AMON, United States District Judge:**

    Plaintiff Todd C. Bank brings the instant action against defendants Lifewatch, Inc. and Lifewatch Security, Inc., each doing business as Lifewatch-USA ("Lifewatch"); Safe Home Security, Inc. ("Safe Home"); and Evan Sirlin, alleging that the defendants violated the Telephone Consumer Protection Act ("TCPA") and § 399-p of the New York General Business Law ("GBL"). Defendants move for summary judgment on all claims. On July 7, 2017, the Court held oral argument on the defendants' motion. For the reasons set forth on the record at the oral argument, the defendants' motion is granted as to Evan Sirlin and Safe Home and denied as to Lifewatch.

    SO ORDERED.

Dated: July 10, 2017
Brooklyn, New York

                                      s/Carol Bagley Amon
                                      Carol Bagley Amon
                                      United States District Judge