# TODD C. BANK, ATTORNEY AT LAW, P.C.

119-40 Union Turnpike, Fourth Floor
Kew Gardens, New York  11415
Telephone: (718) 520-7125
Facsimile: (856) 997-9193

www.toddbanklaw.com                                                              tbank@toddbanklaw.com

November 16, 2017

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201
Attn: Judge Carol Bagley Amon

   Re: Todd C. Bank, *et al.* v. Lifewatch Inc., *et al.*
      Case 1:15-cv-02278-CBA-VMS

Dear Judge Amon:

  I am the plaintiff in the above-referenced matter.

  Enclosed are the following motion papers in connection with my motion for sanctions against Joseph Lipari:

  Notice of Motion dated September 19, 2017 (Dkt. No. 118);
  Declaration of Todd C. Bank dated September 19, 2017 (Dkt. No. 119);
  Memorandum of Law dated September 19, 2017 (Dkt. No. 120);
  Reply Memorandum of Law dated November 16, 2017 (Dkt. No. 121);
  Memorandum of Law in Opposition to Motion (Dkt. No. 122); and
  Certificate of Service of Plaintiff's motion papers (Dkt. No. 123).

Sincerely,

*/s/ Todd C. Bank*
Todd C. Bank

TCB/bd
Enclosures

cc: Magistrate Judge Vera M. Scanlon (letter only)
   Joseph Lipari (letter only)