TODD C. BANK, ATTORNEY AT LAW, P.C.
119-40 Union Turnpike, Fourth Floor
Kew Gardens, New York  11415
Telephone: (718) 520-7125
Facsimile: (856) 997-9193

www.toddbanklaw.com                                                              tbank@toddbanklaw.com

December 6, 2017

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201
Attn: Judge Carol Bagley Amon

        **Re:**    **Todd C. Bank, *et al.* v. Lifewatch Inc., *et al.***
                **Case 1:15-cv-02278-CBA-VMS**

Dear Judge Amon:

    I am the plaintiff in the above-referenced matter.

    I hereby inform the Court that the letters I submitted earlier today (Dkt. Nos. 126 and 127) should have stated that the parties consent to having a magistrate judge conduct *voir dire*, not jury selection.

Sincerely,

  s/ ***Todd C. Bank***

Todd C. Bank