UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

TODD C. BANK, Individually and on
Behalf of All Others Similarly Situated,

        Case No. 1:15-cv-02278-CBA-VMS

        Plaintiff,

-against-

LIFEWATCH, INC., and LIFEWATCH
SECURITY, INC., each doing business as
LIFEWATCH-USA, and SAFE HOME
SECURITY, INC., and EVAN SIRLIN

        Defendants.

---------------------------------------------------------------x

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP. Rule 41, the parties hereby stipulate and agree that any and all of Plaintiff's claims against Defendants in the above-captioned case are **HEREBY VOLUNTARILY DISMISSED WITH PREJUDICE**, each party to bear their own fees and costs.

DATED: January 12, 2018

By: Todd C. Bank *(Digitally signed by Todd C. Bank, Date: 2018.01.12 14:41:18 -05'00')*
Todd C. Bank, Attorney at Law, P.C.
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
Telephone: (718) 520-7125
Facsimile: (856) 997-9193
tbank@toddbanklaw.com

By: _____
Joseph Lipari, Counsel for Defendants
The Sultzer Law Group, P.C.
14 Wall Street, 20th Floor
New York, NY 10005
212-618-1938

So Ordered

s/Carol Bagley Amon

2/8/18